# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY YOUKHANA, | ) 1:04cv6499 OWW DLB |
| | ) |
| Plaintiff, | ) ORDER ADOPTING FINDINGS AND |
| | ) RECOMMENDATION |
| v. | ) |
| | ) (Document 18) |
| JO ANNE B. BARNHART, Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

On October 28, 2005, the Magistrate Judge issued Findings and Recommendation that Plaintiff's appeal from the administrative decision of the Commissioner of Social Security be GRANTED and that the case be REMANDED to the ALJ.  This Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within fifteen (15) days of the date of service of the order.  No party has filed objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, including Plaintiff's objections, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Finding and Recommendation dated October 28, 2005, is ADOPTED IN FULL;

2. The case is REMANDED to the ALJ for proceedings consistent with the Finding and Recommendation; and

3. Judgment be entered in favor of Plaintiff, HENRY YOUKHANA HENRY

DATED:12/20/05

<u>By/s/Oliver W. Wanger</u>
OLIVER W. WANGER
Judge of the United States District Court
Eastern District of California